**STATE of Missouri, Respondent,**

v.

**Brandon DOUTHIT, Appellant.**

**No. ED 79201.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 5, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 8, 2002.

Lawrence L. Pratt, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Joel A. Block, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J., ROBERT G. DOWD, JR., J.

## ORDER

PER CURIAM.

Defendant, Brandon Douthit, appeals from the judgment entered after a jury found him guilty of assault in the second degree. No jurisprudential purpose would be served by a written opinion. The parties have, however, been provided with a memorandum for their information only setting forth the reasons for this order.

The judgment is affirmed. Rule 30.25(b).